IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROCIO HERNANDEZ, on behalf of herself and all other similarly situated employees, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 15 C 4363 |
| v. | ) ) | |
| GILLEX FOODS, INC., d/b/a SUBWAY, SAB FOOD, INC., d/b/a SUBWAY, and MINHAZ LAKHANI, | ) ) ) ) | |
| Defendants | ) | |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

This Joint Stipulation for Voluntary Dismissal is respectfully submitted by Plaintiff Rocio Hernandez (hereafter "Plaintiff"), and Defendants Gillex Foods, Inc., d/b/a Subway, SAB Food, Inc., d/b/a Subway and Minhaz Lakhani, individually (hereafter "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties stipulate as follows:

1. The Parties have executed a settlement agreement resolving all of the claims in this matter.

2. The settlement reached by the Parties calls for Defendants to make a series of installment payments, with the first installment payment on August 20, 2015, and the final installment payment due on March 15, 2016.

3. Pursuant to the Parties' settlement agreement, the Parties hereby stipulate that this matter, including all Counts in the Complaint filed by Plaintiff, shall be dismissed in its entirety *without prejudice*, with each Party bearing its own attorneys' fees and costs, except as may be otherwise provided in the Parties' settlement agreement.

4. The Court shall retain jurisdiction to reinstate this action to enforce the parties' settlement agreement upon motion filed by Plaintiff on or before April 5, 2016.

5. On April 5, 2016, absent any pending motion by Plaintiff to enforce the settlement agreement, the dismissal of this matter without prejudice shall convert to a dismissal with prejudice. The Parties request that the Court enter the Order which is being contemporaneously submitted to the Court's proposed orders mailbox.

Respectfully submitted,

Dated: August 19, 2015

| Attorneys for Plaintiff: | Attorney for Defendants: |
|---|---|
| s/Douglas M. Werman | s/Robert R. Tepper (with consent) |
| Douglas M. Werman | Robert R. Tepper |
| Maureen A. Salas | Law Offices of Robert R. Tepper |
| Sarah J. Arendt | 111 W. Washington Street, Suite 1900 |
| Zachary C. Flowerree | Chicago, IL 60602 |
| Werman Salas P.C. | (312) 521-0031 |
| 77 W. Washington, Suite 1402 | |
| Chicago, IL 60602 | |
| (312) 419-1008 | |