IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROCIO HERNANDEZ, on behalf of herself and all other similarly situated employees, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 15 C 4363 |
| v. | ) ) ) | |
| GILLEX FOODS, INC., d/b/a SUBWAY, SAB FOOD, INC., d/b/a SUBWAY, and MINHAZ LAKHANI, | ) ) ) ) | |
| Defendants | ) | |

## ORDER OF DISMISSAL

This Court, having considered the Parties' stipulation of dismissal in the above-captioned action, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed in its entirety, without prejudice, and with no award of attorneys' fees or costs by the Court to any party. This matter shall be dismissed in its entirety with prejudice automatically on April 5, 2016, absent a motion by Plaintiff to enforce the Parties' settlement prior to that date.

SO ORDERED on this 21 day of August, 2015.

_____
Charles P. Kocoras
United States Judge